# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY THOMAS DIFALCO

NO. 2023 KW 0850

**OCTOBER 23, 2023**

---

In Re:  Anthony Thomas Difalco, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 605037.

---

**BEFORE:  WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

> **JEW**
> **GH**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT